**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| Sheri Sponsler, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hornady Manufacturing, Inc., | ) | Case No. 2:09-cv-102 |
| | ) | |
| Defendant. | ) | |

_____

At the parties request, the undersigned shall cancel the settlement conference set for June 3, 2011, with the understanding that it will be rescheduled for a date and time to be determined. The parties are directed to contact the undersigned once discovery has been completed and they are ready to proceed with a settlement conference.

**IT IS SO ORDERED.**

Dated this 1st day of June, 2011.

                 */s/  Charles S. Miller, Jr.*
                 Charles S. Miller, Jr.
                 United States Magistrate Judge